UNITED STATES of America, Plaintiff–Appellee,

v.

Toyon Rashad JONES, Jr., a/k/a Trouble, Defendant–Appellant.

No. 14–6049.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Toyon Rashad Jones, Jr., Appellant Pro Se. Denise Walker, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toyon Rashad Jones, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 5:09–cr–00280–D–1 (E.D.N.C. Jan. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*